AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Kodi Glenn Simon

*Defendant*

Case No. 8:25cr 11 KKM-NHA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kodi Glenn Simon,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Involuntary Manslaughter, in violation of 18 U.S.C. § 1112.

Date: 01/09/2025

*Issuing officer's signature*

**AMPARO MORENO**
ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

City and state: Tampa, FL

COPY

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*